CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    FAX: (415) 436-7234
    molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GURBHAG SINGH SANDHU,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br>*et al*.,<br><br>        Defendants. | Case No. 3:25-cv-09212-WHO<br><br>**STIPULATION TO STAY PROCEEDINGS;<br>ORDER** |

    The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until April 12, 2026. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

    Plaintiff filed this mandamus action seeking to challenge United States Citizenship and Immigration Services ("USCIS") denial of his Form I-918A, Petition for Qualifying Member of U-1 Recipient. On December 15, 2025, USCIS issued a Request for Evidence ("RFE") on Plaintiff's petition. Once USCIS receives Plaintiff's response to the RFE, the agency will work diligently towards taking further adjudicative action on Plaintiff's petition, absent unforeseen or exceptional circumstances

Stipulation to Stay
Case No. 3:25-cv-09212-WHO           1

that would require additional time for adjudication.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until April 12, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: February 4, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: February 4, 2026

/s/ Robert B. Jobe
ROBERT B. JOBE
Law Office of Robert B. Jobe
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   February 4, 2026

HON. WILLIAM H. ORRICK
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Stay
Case No. 3:25-cv-09212-WHO                     2